UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| KEVIN WHIDBEE, | 18 Cr. 364 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

At the suggestion of the U.S. Probation Department, the Government has requested that the February 6, 2020 hearing scheduled to address Defendant's alleged violations of supervised release be adjourned six months. (Dkt. No. 399) Defense counsel consents to this request. Accordingly, the hearing is adjourned to **August 3, 2020 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties are directed to submit status letters by **July 27, 2020**.

Dated: New York, New York
February 5, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge