UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN WHIDBEE,

Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The hearing on Defendant's alleged violations of supervised release will continue on **September 21, 2020 at 10:00 a.m.** by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter access/security code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access/security code. To the extent that any party's contact information has changed since the August 13, 2020 conference, the party must email GardepheNYSDChambers@nysd.uscourts.gov the phone number that the party will be using to dial into the conference so that the Court knows to un-mute that number. The email should be sent by **September 17, 2020** and include the case name and case number in the subject line.

Dated: New York, New York
August 13, 2020

SO ORDERED.

*Paul S. Gardephe*
_____
Paul G. Gardephe
United States District Judge