UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

KEVIN WHIDBEE

Defendant(s).
------------------------------------------------------------X

Defendant __Kevin Whidbee__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or X teleconferencing:

___  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

_____                    _____
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Kevin Whidbee__                             DAVID WIKSTROM
_____                    _____
Print Defendant's Name                        Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

August 17, 2020                               _____
_____                    U.S. District Judge/U.S. Magistrate
Date
Judge