# LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 28, 2020

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Memo Endorsed: The VOSR proceeding scheduled for November 6, 2020 is rescheduled to take place on December 7, 2020 at 10:00 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: October 29, 2020

   Re:  United States v. Kevin Whidbee
        18 CR 364 (PGG)

Dear Judge Gardephe:

   Mr. Whidbee's VOSR proceeding is scheduled for November 6, 2020. By this letter application, I seek an adjournment of 30 days, to a date convenient to the Court. Assistant United States Attorney Mollie Bracewell does not oppose the request.

   The New York state criminal case against Mr. Whidbee is scheduled for arraignment on November 5. The parties will provide an update of the status of that matter to the Court later that week. In any event, as the state matter is likely to remain unresolved on November 6th, it is my request that the Court forbear from holding any proceeding on the violation specification, and instead continue the matter until such time as the state criminal matter is resolved.

                                        Sincerely,

                                        David Wikstrom