LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 18, 2021

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Memo Endorsed: The VOSR proceeding scheduled for January 21, 2021 is adjourned to May 14, 2021 at 10:00 a.m.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Dated: January 19, 2021

Re:  United States v. Kevin Whidbee
     18 CR 364 (PGG)

Dear Judge Gardephe:

    Mr. Whidbee's VOSR proceeding is scheduled for January 21, 2021. By this letter application, I seek an adjournment of 30 days, to a date convenient to the Court after April 15, 2021.

    The New York state criminal case against Mr. Whidbee had been scheduled for arraignment on January 15, 2021. Mr. Whidbee arrived at the Courthouse, which was closed; we later checked the docket and learned that it had been administratively adjourned to April 15, 2021.

    Given the pendency of the underlying criminal action, it is my request that the Court forbear from holding any proceeding on the violation specification, and instead continue the matter until such time as the state criminal matter is resolved. I will provide an update of the status of the NYS matter immediately upon its conclusion.

Sincerely,

David Wikstrom