UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KEVIN WHIDBEE,

Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The violation of supervised release hearing currently scheduled for **June 18, 2021** will take place on **Tuesday, June 22, 2021, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 16, 2021

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge